26-C 1997

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 OCT 27 P 2: 20

CLERK OF COURT

FEDERAL CIVIL LAWSUIT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN (MILWAUKEE DIVISION)
CESAR M. PELAYO & AMPARO ALVARADO
On behalf of themselves and their two minor children
Plaintiffs,
vs.
NBE GREEN BAY LLC (Doing business as NORTH BAIRD MHC),
DENISE WOLF (In her personal capacity and as general manager),
CORPORATE INSURANCE COMPANY OF NORTH BAIRD MHC,
BROWN COUNTY, WISCONSIN (Jointly liable for its official agencies)
Defendants.

STATEMENT OF FORENSIC FACTS AND DIGITAL EVIDENCE RELATION

## I. ORIGIN OF THE PROCEDURAL FRAUD, RENTAL REJECTION, AND HOUSING COERCION

1. On Tuesday, July 21, 2026, at 12:06 PM, corporate manager Denise Wolf sent a text message to the plaintiffs attaching a photograph of an alleged 5-day eviction notice for an amount of $517.80 USD. This document fraudulently displayed a creation date of July 6, 2026. Wisconsin State Law (Wisconsin Statute Section 704.17) strictly requires that a physical statutory notice must be hand-delivered or visibly affixed to the property from day one. Hiding the document for 15 days and delivering it solely via text message constitutes a Fraudulent Machination designed to gain an unfair procedural advantage and strip the tenants of their mandatory 5-day cure period.
2. Within the same text message thread, manager Denise Wolf explicitly confesses in writing: "You owe for the remaining amount of June and all of July..." This constitutes a absolute Chronological Impossibility and Open Procedural Fraud: it is legally unfeasible to issue a valid statutory notice for owing "the entire month of July" on a backdated document from July 5th or 6th. The document was intentionally pre-dated to simulate a fictitious delinquency before the magistrate.
3. On Friday, July 24, 2026, a mere three days after the text message transmission and purposefully utilizing the weekend to freeze the family's defensive and legal counseling options, the administration filed the formal eviction lawsuit in the local Small Claims Court.1.
4. On Thursday, July 30, 2026, the plaintiffs formally presented the full monthly payment of the rent via a liquid Money Order. Manager Denise Wolf explicitly and maliciously refused to accept the legitimate payment, textually responding via message: "Sorry, it's corporates decision." Cesar Pelayo acted with absolute honesty and clear intent to pay, notifying her that he had just secured a new premium technical position earning $28.00 USD per hour. This material refusal to accept rent proves that the corporation acted with malice to force an artificial delinquency and unlawfully seize the plaintiffs' private property—the mobile home structure located at Lot #92 (Artcraft Manufacture Serial Number Ap12030).

II. HISTORICAL LOG OF EXTORTION, CALUMNIES, AND PROTESTS UNDER COERCION (2021-2024)

5. The bad faith of the management constitutes a continuous pattern of racketeering behavior. On May 10, 2021, the prior administration (under Lucas Strider) illegally charged abusive Late Fees to elderly tenants over a discrepancy of mere 15 cents, as recorded in the community's physical grievance log.
6. To prevent systematic unlawful seizure, plaintiff Cesar M. Pelayo executed the legal doctrine of "Payment Under Protest", writing formal handwritten notices of contest directly onto the backs of the Money Orders prior to delivering them to the office: "I don't like the way you steal from the community. I'm responsable and heres your money."
7. The most severe criminal act was recorded on June 1, 2021, at 7:30 PM, when Cesar M. Pelayo confronted internal corruption by writing a formal criminal report directly on the back of the money order delivered to management: "I hope nobody pay late fee this month. Because the community is safe to pay your Marihuana" (sic). This note demonstrates that the plaintiffs had documented and reported that the administration permitted narcotics distribution in exchange for extorted fees inside the park, serving as the direct proximate cause for the physical retaliation and the physical assault suffered in 2026. This is coupled with constant harassment messages from Denise Wolf in October and November 2024 threatening express evictions over children's toys or a bathtub left outside.

III. SEVERE VIOLATION OF CIVIL RIGHTS (TITLE VI), DUE PROCESS, AND JUDICIAL PERJURY

8. During the initial hearing of Case No. 2026SC003186, the Circuit Court Judge of Brown County acted with extreme bias by explicitly and unlawfully denying a certified court interpreter/translator in Spanish to the main plaintiff, Cesar M. Pelayo, despite full knowledge that Spanish is his native language for technical-legal comprehension. This act flagrantly violates Title VI of the Federal Civil Rights Act of 1964 (42 U.S.C. Section 2000d), leaving him completely defenseless. The local court also flatly refused to evaluate the digital text message logs proving the systematic landlord harassment.

8. The magistrate issued the eviction order by fraudulently entering into the public record that "the parties had appeared and reached a voluntary stipulation to vacate." The plaintiffs issued a formal, sworn Sworn Declaration of Absolute Denial of Agreements under penalty of perjury, confirming that no stipulation or conditional dismissal was ever signed or consented to. This declaration was physically taped to the front door of the property before neutral witnesses.

## IV. CRIMINAL ESCALATION: AGGRAVATED ASSAULT AND SABOTAGE WITH DEPRAVED INDIFFERENCE

10. Upon realizing that the plaintiffs were aware of Wisconsin Statute Section 799.45—which legally mandates the park corporation to secure and pay

upfront for a commercial heavy-duty tow truck exceeding $10,000 USD to legally remove a private structure—the law firm of Conway, Olejniczak & Jerry (via Joshua M. Koch) accelerated the civil pressure by issuing restrictive notices on August 26, 2024.

11. Due to the family's refusal to surrender their asset, park operators, linked to the narcotics distributor reported by Cesar in 2021, executed a targeted criminal sabotage on Tuesday, September 15, 2026, at 3:50 PM, cutting the internal steel belts of the family vehicle's rear tire with a horizontal manual blade. Because Lot #92 was the known primary residence of a family with minor children, cutting the steel structural belts of a family vehicle constitutes an act of Utter Depraved Indifference to Human Life, consciously disregarding the mortal risk of a catastrophic highway blowout without knowing who would board the unit next.
12. This assault caused a massive tire explosion at high speeds on the interstate highway, almost resulting in a fatal impact with a heavy-duty commercial truck trailing closely behind. This criminal act was officially processed as a severe danger offense by Officer Dustin Herlache of the Green Bay Police Department under Criminal Incident No. 26-245949.

## V. POLICE COLUSION AND INFRINGEMENT OF SUPREME FEDERAL LAWS AND INTERNATIONAL TREATIES

13. On September 24, 2026, Brown County Sheriff deputies and local police units cordoned off the perimeter to execute the forced eviction. The plaintiffs possess a real-time digital video recording showing the officers establishing an illegal de facto jurisdiction to bypass supreme federal and international protections that had already been formally posted on the front door.
14. When plaintiff Cesar M. Pelayo confronted the authority on site and demanded compliance with Wisconsin Statute Section 799.45 regarding the commercial tow costs, the Brown County officer textually stated on camera: "Wisconsin laws belong to Wisconsin, but here in Brown County we give the final decision and total control to the park owners."
15. Through this deliberate omission of statutory duties, the Brown County police coluded with the park to finalize the unlawful material seizure, refusing to inspect the slashed tire from the prior sabotage (Case No. 26-245949) and purposefully violating two supreme frameworks that shielded Lot #92:
    - **The Federal Visual Artists Rights Act (VARA - 17 U.S.C. Section 106A):** Protecting the physical integrity and safe repository of an irreplaceable inventory of 14 active abstract fine art paintings with registered timestamps via Safe Creative, which strictly prohibits state-sponsored seizure or destruction13.
    - • of cultural assets.

- • The Berne Convention for the Protection of Literary and Artistic Works: A supreme international treaty to which the United States is a signatory, which insulated the plaintiffs' studio space against administrative attachment or express eviction without prior cultural patrimony peritajes.
- 14. Final Act of Coercion (October 2, 2026): Cesar Pelayo returned peacefully to the lot to retrieve vital identity documents and medical emergency assets (asthma rescue inhalers) under the protection of the active 30-day corporate notice signed by park counsel Joshua M. Koch. Denise Wolf and aggressive civilians physically surrounded and intimidated him, creating an immediate threat to life recorded on the family's emergency audio archive.
- PRAYER FOR RELIEF AND DEMAND FOR DAMAGES
- Due to the systematic violations of the United States Constitution, the Federal Civil Rights Act, the massive Procedural Fraud, and the criminal sabotage to the vehicle, the plaintiffs respectfully request this Federal Court to enter judgment against the defendants for the following relief:
- • A) COMPENSATORY DAMAGES: An immediate award of $250,000.00 USD for the unlawful seizure of private property, destruction of housing history, lost wages stemming from Cesar Pelayo's premium technical rate of $28.00 USD per hour, severe post-traumatic stress inflicted upon the minor children with medical respiratory conditions, and emergency international relocation debts.
- • B) EXEMPLARY PUNITIVE DAMAGES: An assessment of $500,000.00 USD against NBE Green Bay LLC and Brown County, for allowing local law enforcement to operate outside of state statutes, practicing systematic discrimination based on national origin, and actively coluding with localized criminal elements.
- • C) JUDICIAL EXPUNGEMENT: A federal injunction ordering the immediate and complete expungement of the fraudulent eviction record (Case No. 2026SC003186) from all Wisconsin state databases to fully restore the plaintiffs' credit and background record.
- DECLARED UNDER PENALTY OF PERJURY BY THE PELAYO-ALVARADO FAMILY SVEREIGNTY.